IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**CORY M. HALL,**

      **Plaintiff,**

v.                                      Civil Action No. 4:09CV136

**CITY OF NEWPORT NEWS,** *et al.***,**

      **Defendants.**

## MOTION TO DISMISS

Defendants City of Newport News, James D. Fox, Joe Moore, Neil A. Morgan, and Randy Hildebrandt, by counsel, move the court to dismiss this action pursuant to, *inter alia*, Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as to each of them, on the grounds that the Amended Complaint fails to state a claim upon which relief can be granted as to any of the defendants and that the Court does not have jurisdiction over the claims in Count I. In support of their Motion, the defendants rely on the arguments and authorities set forth in their Memorandum in Support of the Motion to Dismiss, with exhibits, filed simultaneously herewith.

                                                    **CITY OF NEWPORT NEWS, JAMES D. FOX, JOE MOORE, NEIL A. MORGAN, AND RANDY HILDEBRANDT**

                                                    By:   /s/ R. Johan Conrod, Jr.
Stanley G. Barr, Jr. (VSB No. 7224)
sgbarr@kaufcan.com
R. Johan Conrod, Jr. (VSB No. 46765)
rjconrod@kaufcan.com
KAUFMAN & CANOLES, P. C.
Post Office Box 3037
Norfolk, VA 23514
(757) 624-3000
(757) 624-3169 Facsimile
*Counsel for Defendants City of Newport News, James D. Fox, Neil A. Morgan, and Randy Hildebrandt*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Dismiss is being filed with the Court's Electronic Filing System this 1st of March 2010, which will send a Notice of Electronic Filing (NEF) to the following users:

>Kevin P. Shea, Esq.
>kevinpshea@justice.com
>34 West Queens Way
>Hampton, VA 23669
>(757) 727-7767
>*Counsel for Plaintiff Cory M. Hall*

>  /s/ R. Johan Conrod, Jr.
>Stanley G. Barr, Jr. (VSB No. 7224)
>sgbarr@kaufcan.com
>R. Johan Conrod, Jr. (VSB No. 46765)
>rjconrod@kaufcan.com
>KAUFMAN & CANOLES, P. C.
>Post Office Box 3037
>Norfolk, VA 23514
>(757) 624-3000
>(757) 624-3169 Facsimile
>*Counsel for Defendants City of Newport News, James D. Fox, Neil A. Morgan, and Randy Hildebrandt*

1586298\1