IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



**CORY M. HALL,**

      Plaintiff,

v.                                  **CASE NO. 4:09cv136**

**CITY OF NEWPORT NEWS, et al,**

      Defendants,

### JUDGMENT IN A CIVIL CASE

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Court **DENIES** Defendants' Motion to Dismiss for lack of jurisdiction and **GRANTS** Defendants' Motion to Dismiss Counts I, II, and III for failure to state a claim upon which relief can be granted and the Plaintiff's Amended Complaint is **DISMISSED**.

DATED: April 30, 2010                        FERNANDO GALINDO
                                                               Clerk of Court

                                                                                     /s/
                                                            By_____
                                                             M. J. Cowart,
                                                             **Deputy Clerk**