IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

CORY M. HALL,
        Plaintiff,

v.                                    Civil Action No.:  4:09CV136

CITY OF NEWPORT NEWS, ET AL

**MOTION FOR NEW TRIAL
AND RECONSIDERATION AND AMENDMENT OF JUDGMENT**

      COMES NOW, the Plaintiff, Cory Hall, pursuant to F.R.C.P 59 and moves the Court to vacate and amend the judgment of April 30, 2010, dismissing the above matter for the reasons and as set forth in the memorandum filed herein.

                                        Respectfully submitted,

                                        CORY M. HALL

                              By: _____/s/_____
                                        Of Counsel

Kevin P. Shea (VSB No. 8933)
Christina E. James (VSB No. 48414)
Kevin P. Shea & Associates
34 West Queens Way
Hampton, Virginia 23669
(757) 727-7767 (Telephone)
(757) 722-2484 (Facsimile)
kevinpshea@justice.com
*Counsel for Plaintiff Cory M. Hall*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of May 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Allen L. Jackson, Esquire (VSB# 17122)
Chief Deputy City Attorney
Attorney for City of Newport News, James D. Fox,
Joe Moore, Meal A. Morgan, and Randy Hildebrandt
2400 Washington Avenue, 9th Floor
Newport News, VA 23607
(757) 926-7148 (telephone)
(757) 926-8549 (fax)
ajackson@nngov.com

                                                   /s/
                                   Kevin P. Shea (VSB No. 8933)
                                   Christina E. James (VSB No. 48414)
                                   Kevin P. Shea & Associates
                                   34 West Queens Way
                                   Hampton, Virginia 23669
                                   (757) 727-7767 (Telephone)
                                   (757) 722-2484 (Facsimile)
                                   kevinpshea@justice.com
                                   *Counsel for Plaintiff Cory M. Hall*