UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division



CORY M. HALL,

      Plaintiff,

v.                             ACTION NO. 4:09cv136

CITY OF NEWPORT NEWS,

JAMES D. FOX, Chief of Police,
Officially and Individually,

JOE MOORE, Assistant Chief of Police,
Officially and Individually,

NEIL A. MORGAN, Assistant City Manager/Acting City Manager,
Officially and Individually,

and RANDY HILDEBRANDT, Former City Manager,
Officially and Individually,

      Defendants.

### ORDER

On April 30, 2010, this court issued an Opinion granting defendants' motion to dismiss plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted. On May 11, 2010, plaintiff filed a Motion for Reconsideration of Judgment and a Motion for Amendment of Judgment with respect to the April 30, 2010, Opinion. See Fed. R. Civ. P. 59(e).

Upon review of plaintiff's submissions, the court finds that no new arguments of merit or substance have been raised. Accordingly, no response from the defendants is necessary, and the plaintiff's motions for reconsideration and amendment of the

court's April 30, 2010, Opinion are **DENIED**. The Clerk is **DIRECTED** to send a copy of this Order to counsel for the parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
United States District Judge
REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
May 12, 2010