FILED: March 14, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1653
(4:09-cv-00136-RBS-DEM)

_____

CORY M. HALL

      Plaintiff - Appellant

v.

CITY OF NEWPORT NEWS; JAMES D. FOX, Chief of Police Officially and individually; JOE MOORE, Assistant Chief of Police Officially and Individually; NEIL A. MORGAN, Assistant City Manager/Acting City Manager Officially and Individually; RANDY HILDEBRANDT, Former City Manager Officially and Individually

      Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK