IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**CORY M. HALL,**

      **Plaintiff,**

v.                                            Civil Action No. 4:09CV136

**CITY OF NEWPORT NEWS, et al.,**

      **Defendants.**

## MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, City of Newport News, James D. Fox, Joe Moore, Neil A. Morgan, and Randy Hildebrandt (collectively "Defendants"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56 of the Local Rules of the United States District Court for the Eastern District of Virginia, and move this Court for entry of an order granting summary judgment in favor of Defendants for the reasons set forth in the Brief in Support of Motion for Summary Judgment filed herewith.

                        CITY OF NEWPORT NEWS, JAMES D. FOX, JOE MOORE, NEIL A. MORGAN, AND RANDY HILDEBRANDT

                        By: _____/s/_____
Stanley G. Barr, Jr. (VSB No. 7224)
sgbarr@kaufcan.com
R. Johan Conrod, Jr. (VSB No. 46765)
rjconrod@kaufcan.com
KAUFMAN & CANOLES, P. C.
Post Office Box 3037
Norfolk, VA 23514
(757) 624-3000
(757) 624-3169 Facsimile

*Counsel for Defendants City of Newport News, James D. Fox, Neil A. Morgan, and Randy Hildebrandt*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing will be delivered by hand and is being filed with the Court's Electronic Filing System this 12th of December 2012, which will send a Notice of Electronic Filing (NEF) to the following user:

>Kevin P. Shea, Esq.
>kevinpshea@justice.com
>34 West Queens Way
>Hampton, VA 23669
>(757) 727-7767
>
>*Counsel for Plaintiff Cory M. Hall*

and delivered by hand only to:

>Oldric J. LaBell, Esquire
>121 Selden Road
>Newport News, VA  23606
>
>*Counsel for Plaintiff Cory M. Hall*

>By: _____/s/_____
>Stanley G. Barr, Jr. (VSB No. 7224)
>sgbarr@kaufcan.com
>R. Johan Conrod, Jr. (VSB No. 46765)
>rjconrod@kaufcan.com
>KAUFMAN & CANOLES, P. C.
>Post Office Box 3037
>Norfolk, VA 23514
>(757) 624-3000
>(757) 624-3169 Facsimile
>*Counsel for Defendants City of Newport News, James D. Fox, Neil A. Morgan, and Randy Hildebrandt*

12101230v1