

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

Cory M. Hall,
    **Plaintiff,**

v.                                 CASE NUMBER:    4:09cv136

City of Newport News, et. Al.

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

[X]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]   **Decision by Court.** This action came for determination before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the plaintiff, Cory M. Hall, take nothing, that the action be dismissed on the merits, and that the defendants, City of Newport News, James D. Fox, Chief of Police Officially, and Joe Moore, Assistant Chief of Police Officially recover of the plaintiff   its costs of action.


Date:   September 30, 2013                    FERNANDO GALINDO, CLERK


                                                            By:_____/s/_____
                                                                Cristi A. Dodge
                                                                Deputy Clerk


Form of Judgment approved in accordance
with Rule 58, FRCP,  October  1  ,2013

_/s/ Tommy E. Miller_
Tommy E. Miller
United States Magistrate Judge